# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 19-05966-AFM**                                             Date:  December 15, 2020

Title     BRIAN WHITAKER v. ONNI COAST SAVINGS LTD PARTNERSHIP, ET AL.

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

|  Ilene Bernal  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Plaintiff:  |  Attorneys Present for Defendants:  |
|---|---|
|  N/A  |  N/A  |

**Proceedings (In Chambers):  Order of Dismissal**

     As requested by the Joint Stipulation for Dismissal (ECF No. 38), this case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his/its own attorneys' fees and costs.

     All pending hearings and motions are taken off calendar and vacated.

     **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | ib |